UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BONNIE L. SLIGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ST. JUDE MEDICAL INC.,

Defendant.

CIVIL NO. 00-2707 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: January 22, 2001

JOHN M. MASON
United States Magistrate Judge

31

Filed JAN 22 2001
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials JK

Date: January 23, 2001 jr

RECORD OF DOCKET TEXT

0:00-cv-02707 Sliger v. St. Jude Medical Inc

DOCKET ENTRY

ORDER (Magistrate Judge John M. Mason) of recusal Case referred to Magistrate Judge Susan R. Nelson (4:01 AD 27) 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL