**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Beatrice Bailey,

Plaintiff,

v. **CIVIL 00-1025 (JRT/FLN)**

St. Jude Medical, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - -

Bonnie L. Sliger,

Plaintiff,

v. **CIVIL 00-2707 (DSD/JMM)**

St. Jude Medical, Inc.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 00-1025 having been assigned to Judge John R. Tunheim and Case No. 00-2707 having later been assigned to Judge David S. Doty, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2707 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: January 29, 2001.

Judge John R. Tunheim
United States District Court

DATED: January 27, 2001.

Judge David S. Doty
United States District Court

(35)

FILED JAN 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Proceedings include events between 1/30/01 and 1/30/01.
0:00cv2707 Sliger v. St. Jude Medical Inc REFER
ATYADM

| | | |
|---|---|---|
| 1/30/01 | 32 | Deft's LETTER request to have both cases assigned to the same judge 2pgs (copy) (jr) [Entry date 01/31/01] |
| 1/30/01 | 33 | Pltf Bailey's letter responding to deft's request for both cases to be assigned to one judge 3pgs (copy) (jr) [Entry date 01/31/01] |
| 1/30/01 | 34 | Deft's LETTER reply to pltf Bailey's response [33-1] 2pgs (copy) (jr) [Entry date 01/31/01] |
| 1/30/01 | 35 | ORDER (Judge John R. Tunheim / 1/29/01) (Judge David S. Doty / 1/29/01) for reassignment of related case. Case reassigned to Judge John R. Tunheim per the master list, and Case referred to Magistrate Judge Franklin L. Noel. Case number remains the same except for initials (00-2707 JRT/FLN. (related case 00-1025 JRT/FLN)(c: attys.) 1pg (jr) [Entry date 01/31/01] [Edit date 01/31/01] |