UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beatrice Bailey,
individually and on behalf of all those
similarly situated,

Plaintiff,

vs.

St. Jude Medical, Inc.,

Defendant.

Case No. 00-1025 JRT/FLN

**ORDER**

Bonnie L. Sliger,
individually and on behalf of all those
similarly situated,

Plaintiff,

vs.

St. Jude Medical, Inc.,

Defendant.

Case No. 00-2707 JRT/FLN

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 26, 2001, on: (1) Defendant's Motion to For Consolidation [##22 & 36]; and (2) Defendant's Motion For a New Pretrial Scheduling Conference [## 24 & 39]. Plaintiffs were represented by Larry Sebastian, Gordon Rudd, Mario Silva and David Butsch. Defendant was represented by William R. Stoeri, James McConnell and Jim Ladner.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Consolidate [##22 & 36] Case Nos. 00-CIV-1025 and 00-CIV-2707 for purposes of discovery and class certification is **GRANTED**;

2. Defendant's Motion For a New Pretrial Scheduling Conference [## 24 & 39] is **GRANTED**. The parties will attend a case management conference on March 6, 2001 at 10:00 a.m.

FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

DATED: March 12, 2001

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge