UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beatrice Bailey, Civil No. 00-1025 JRT/FLN

Plaintiff,

v.

AMENDED
PRETRIAL SCHEDULE

St. Jude Medical, Inc.,

Defendant.

And

Bonnie L. Sliger, Civil No. 00-2707 JRT/FLN

Plaintiff,

v.

St. Jude Medical, Inc.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties and for class certification shall be filed and the hearing thereon completed by August 1, 2001.

b. All discovery shall be commenced in time to be completed by March 1, 2002.

FILED APR 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

c. No more than 100 interrogatories per side, including all discrete subparts, shall be served.

d. No more than 100 Requests for Admission per side shall be served.

e. No more than 100 Document Requests per side shall be be served.

f. No more than 20 non-expert depositions shall be taken per side.

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by July 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff on or before November 1, 2001.

2) By defendant on or before February 1, 2002.

3) Plaintiff's rebuttal experts on or before March 1, 2002.

4) Defendant's rebuttal experts on or before April 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff on or before November 1, 2001.

2) By defendant on or before February 1, 2002.

3) Plaintiff's rebuttal expert reports on or before March 1, 2002.

4) Defendant's rebuttal expert reports on or before April 1, 2002.

c. Each party may depose expert witnesses on or before May 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to September 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than November 1, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 2-4 weeks.

DATED: April 3, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge