**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2004, I caused the following documents:

1. Motion for Substitution of Party; and
2. Suggestion of Death

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Adam S Huhta ahuhta@larkinhoffman.com, ppesch@larkinhoffman.com

Joe D Jacobson jacobson@stlouislaw.com, jdjacobson@sbcglobal.net

Steven M Kohn skohn@reedsmith.com,
msabraw@reedsmith.com;bgthompson@reedsmith.com

J Gordon Rudd jgr@zimmreed.com, jlt@zimmreed.com

Mario G Silva silvalaw@aol.com,

David E Stanley dstanley@reedsmith.com, dlevenstein@reedsmith.com

William R Stoeri stoeri.bill@dorsey.com,
levine.marykay@dorsey.com;;garcia.sara@dorsey.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

David T Butsch
Green Schaaf & Jacobson
7733 Forsyth Ste 700
St Louis, MO 63105

Martin M Green
Green Schaaf & Jacobson
7733 Forsyth Ste 700
St Louis, MO 63105

Edward H Kellogg
Kellogg & Sigelman
1742 N St NW
Washington, DC 20036

Janet H Kwuon
Reed Smith Crosby Heafey
355 Grand Ave S Ste 2900
Los Angeles, CA 90071

James C Martin
Reed Smith Crosby Heafey
355 Grand Ave S Ste 2900
Los Angeles, CA 90071

James Jenner McConnell
Dorsey & Whitney
50 6th St S Ste 1500
Mpls, MN 55402-1498

Dated: October 28, 2004

s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.