**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

BONNIE L. SLIGER, Civil No. 00-2707 (JRT)

Plaintiff,

v. **ORDER**

ST. JUDE MEDICAL, INC.,

Defendant.

---

Joe D. Jacobson and David T. Butsch, GREEN SCHAAF & JACOBSON, 7733 Forsyth Boulevard, Suite 700, Clayton, MO 63105, for plaintiff.

William R. Stoeri and James J. McConnell, DORSEY & WHITNEY, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

Plaintiff's counsel filed a motion for substitution of party due to the death of Bonnie Sliger. No objections have been filed by the defendant.

Based on the files, records, and proceedings herein, **IT IS HERBY ORDERED** that plaintiff's motion for substitution of party [Docket No. 55] is **GRANTED**. Edward A. Sliger, as personal representative of the estate of Bonnie L. Sliger, is hereby appointed named plaintiff as substitute for Bonnie L. Sliger, deceased.

DATED: February 7, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge