UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EDWARD SLIGER, individually and as personal representative of the estate of Bonnie Sliger,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL INC.,<br><br>Defendant. | ) | No. 00-2707 (JRT) |

**MOTION FOR FINAL DISTRIBUTION**

COMES NOW, Plaintiff Edward A. Sliger, and states and alleges as follows:

1. That Plaintiff Edward A. Sliger, was the son of Bonnie L. Sliger, deceased.

2. That Bonnie L. Sliger was born on October 16, 1940, and died on August 24, 2004. At the time of her death she was residing in DeSoto, Missouri. She was not married at the time of her death. She had three children, all of whom are living.

3. That the Decedent's heirs and next of kin and their last known addresses are as follows:

Edward A. Sliger, 49, (Son), 5499 12th Ave., St. Petersburg, Florida 33710.

Allaina Sliger Skaggs, 42, (Daughter), 4420 E. Long Drive, Columbia, MO 65202.

Kenneth W. Sliger, 48, (Son), 788 Circle Street, Herculaneum, Missouri 63048.

4. The persons identified in paragraph three (3) have been notified by

First Class, U.S. mail as to the pendency of this proceeding and this motion for distribution.

5. That Plaintiff Edward Sliger was appointed personal representative of the estate of Bonnie L. Sliger, by the Probate Division of the Circuit Court, County of Jefferson, Missouri, by Order dated September 28, 2004.

6. That the death of the Decedent was alleged to be caused by the wrongful act or omission of St. Jude Medical, Inc.

7. That St. Jude has agreed to pay Plaintiff seventy-five thousand dollars ($75,000.00) to settle the claim pending against St. Jude.

8. That Plaintiff has an agreement with counsel, Green Schaaf & Jacobson, P.C., to pay counsel 25% of any settlement as legal fees.

9. That Plaintiff is aware that six percent (6%) of the gross settlement amount, totaling $4,500, shall be deposited in the MDL common fund account for MDL attorney's fees pursuant to Pretrial Order No. 18, issued by Judge Tunheim on August 1, 2002, in the Untied States District Court for the District of Minnesota, in the matter of *In re St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litig.,* MDL No. 1396, and that such amount is not in addition to any other attorney's fees.

10. Plaintiff is further aware that the law firm of Green Schaaf & Jacobson, will represent Plaintiff's interest to resolve outstanding medical liens, if any, and to the extent such liens are resolved for less than the amount remaining in trust, such funds shall be distributed to Plaintiff.

WHEREFORE, Plaintiff prays that the Court grant an order allowing the

disposition of this wrongful death settlement for the heirs and next of kin of Bonnie Sliger in the amount of $75,000 as follows: (a) Edward J. Sliger: $56,250; (b) Green Schaaf & Jacobson: $14,250; and, (c) MDL Common Fund Account: $4,500.

Plaintiff requests such further relief as the Court deems just and proper in the premises.

GREEN SCHAAF & JACOBSON, P.C.

By: /s/ David T. Butsch
Joe D. Jacobson
David T. Butsch
Attorneys for Plaintiff Bonnie Sliger
7733 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
PHONE: 314-862-6800
FAX: 314-862-1606

CERTIFICATE OF SERVICE

The undersigned certifies that on May ___, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

David E. Stanley
REED, SMITH, CROSBY, HEAFEY
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Tracy J. Van Steenburgh
Nilan, Sipkins & Johnson
600 Pillsubury Center South
2200 South Sixth Street
Minneapolis, MN 55402-4501

The undersigned certifies that on the same date true and complete copies of the foregoing were served by mailing the same by U.S. Mail, first-class postage prepaid, this ___ day of May, 2006, to each of the following named non-participants in Electronic Case Filing: None.

/s/ David T. Butsch