UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EDWARD SLIGER, individually and as personal representative of the estate of Bonnie Sliger, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 00-2707 (JRT) |
| ST. JUDE MEDICAL INC., | ) | |
| Defendant. | ) | |

**ORDER**

Having considered plaintiff Edward Sliger's motion for final distribution, the Court finds and orders as follows:

The disposition of the wrongful death settlement proceeds in the amount of $75,000, for the heirs and next of kin of Bonnie Sliger, shall be as follows: (a) Edward J. Sliger: $56,250; (b) Green Schaaf & Jacobson: $14,250; and, (c) MDL Common Fund Account: $4,500.

So Ordered:____________________ Date:_______________________