UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BONNIE L. SLIGER,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.,

Defendant.

Civil No. 00-2707 (JRT)

**ORDER**

Joe D. Jacobson and David T. Butsch, **GREEN SCHAAF & JACOBSON**, 7733 Forsyth Boulevard, Suite 700, Clayton, MO 63105, for plaintiff.

William R. Stoeri and James J. McConnell, **DORSEY & WHITNEY**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

Based on the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that plaintiff Edward Sliger's motion for final distribution (Docket No. 59), is G**RANTED**. The wrongful death settlement proceeds of $75,000 for the heirs and next of kin of Bonnie Sliger shall be distributed as follows:

(a) Edward J. Sliger, $56,250;

(b) Green Jacobson & Butsch, P.C., for attorneys' fees, $14,250; and

(c) MDL Common Fund Account, $4,500.

DATED: June 29, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge