**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 10, 2008

Mr. James Christopher Martin
REED & SMITH
435 Sixth Avenue
James H. Reed Building
Pittsburgh, PA 15230-0000

RE: 06-3860 Lester Grovatt, et al v. St. Jude Medical

Dear Counsel:

Enclosed is a copy of an **amended judgment** entered today in the above case at the direction of the court, which corrects the caption. “AARP” has been added as an amicus on behalf of the appellee.

Michael E. Gans
Clerk of Court

DMS
Enclosure(s)

cc: Ms. Kirsten Moder Ahmad
Mr. Scott H. Angstreich
Mr. Steven E. Angstreich
Mr. Steven Boranian
Mr. James T. Capretz
Mr. David Charles Frederick
Mr. John Steven Garry
Mr. Steven M. Kohn
Mr. Eric John Magnuson
Mr. Patrick Murphy
Mr. John Willard Ursu
Ms. Tracy Joan Van Steenburgh
Mr. Bruce Vignery
Mr. Charles S. Zimmerman
Ms. Kristine Mousseau
Honorable John R. Tunheim
Mr. Richard Sletten

District Court/Agency Case Number(s): 0:01-md-01396-JRT